IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EBONY HARDAWAY,　　　　　　　　　　　　No. 3:21-cv-00461-AC

　　　　　Plaintiff,　　　　　　　　　　　　　　ORDER

　　v.

WESTROCK SERVICES, LLC,

　　　　　Defendant.

HERNÁNDEZ, District Judge:

　　　　Magistrate Judge Acosta issued a Findings and Recommendation on August 11, 2021, in which he recommends that this Court deny Plaintiff's motion to remand. F&R, ECF 23. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

　　　　Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 26. When any party objects to any portion of the Magistrate Judge's Findings &

1 - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [23]. Therefore, Plaintiff's Motion for Remand [5] is denied.

IT IS SO ORDERED.

DATED: September 28, 2021.

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER